JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEREK HOLBERT,                     )     Case No. CV 09-6446-PSG (OP)
                                   )
                                   )     J U D G M E N T
                Petitioner,        )
                                   )
        v.                         )
                                   )
FOLSOM STATE PRISON,               )
                                   )
                Respondent.        )
_____

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied as untimely and this action is
dismissed with prejudice.

DATED: 4/21/10

                                   HONORABLE PHILIP S. GUTIERREZ
                                   United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge